# COMPLAINT

### (for non-prisoner filers without lawyers)



U.S. District Court
Wisconsin Eastern

MAY 20 2026

FILED
Clerk of Court

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

_____

(Full name of plaintiff(s))

_Christopher Michael Tiske_

_____

_____

v.

(Full name of defendant(s))

_naiN-Street.Org (website)_

_-physical location Not Supplied on website-_

_____

Case Number:

_26-CV-894_

(to be supplied by Clerk of Court)

_____

## A.   PARTIES

1.   Plaintiff is a citizen of _WisconsiN_ and resides at
(State)

_E855 State Hwy. #29    Luxemburg, WI. 54217_
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant _naiN-Street.Org (website)_
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.      STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.      Who violated your rights;
2.      What each defendant did;
3.      When they did it;
4.      Where it happened; and
5.      Why they did it, if you know.

rain-Street.Org is a public records aggrigator of arrest records made available to the public. The defendant (rain-Street.Org) has posted wrong information by stating I am still on active supervision. This falls under slander to my Name because my supervision (state) ended two + years prior to the current date.

The website states in its disclaimer that they do NOT assure accuracy; however that does not negate the Negative impact on my Name due to false information. Being on State supervision applies restrictions that I haven't had in over two years. This could've had an impact on accumulating employment, especially

if employment was sought out of state, due to my qualifications in information technology.

The raiw-street. Org website was contacted via messaging by an embedmented messaging system located on their "contact us" link on the webpage. Furthermore, eventhough they do have a process to request removal of information, there is no "make-up" for the time the false information was displayed, no matter the length of time that it was.

I will be suing on the federal level due to the false information being available world-wide. I believe this organization could have influenced employers, whether self-applied to or by a career advisor. This is due to additional circumstances that are applied to former offenders during supervision

I will be suing under Slander (especially since the website is not a .gov source and the freedom of information act does not support false information). The complaint is that for two years of possible employment barring I will be suing for two years of Wisconsin median household income of ($128,000.00) $116,000.00 due to Social Security SSI benefits that subtract $12,000.00.

All Evidence including current screenshots can be supplied upon request, or emailed; laptop is also available for examination

C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I will be Suing for a total of $116,000.00 as a Compensation for false information supplied to the public under the Slander law, due to potential barred employment for two years. The freedom of information act does not protect the defendant from false information.

Complaint – 4

## E. JURY DEMAND

I want a jury to hear my case.

☐ – YES   ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___19th___ day of ___May___ 20_26_.

Respectfully Submitted,

_Signature_

Signature of Plaintiff

_(920) 365-2883_

Plaintiff's Telephone Number

_tiskcm14@uwgb.edu -or- tiske.chris@gmail.com_

Plaintiff's Email Address

_E855 Wisconsin State Highway #29_

_Luxemburg, WI. 54217_

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5